AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
USMS HARRISBURG, PA
2016 JUN 22 PM 4: 51

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TIMOTHY ANDREW YOUNG | ) | Case No.  1:16-CR-161 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TIMOTHY ANDREW YOUNG                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  18:922 FELON IN POSSESSION

Date:    06/22/2016                                          _____
                                                              *issuing officer's signature*

City and state:    Harrisburg, PA                             Victoria Edleblute, Deputy Clerk
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/22/16, and the person was arrested on *(date)* 7/22/16
at *(city and state)*  SHIPPENSBURG, PA.

Date:  7/22/16                                               _____
                                                              *Arresting officer's signature*

                                                              GUYER/TFO
                                                              *Printed name and title*

RECEIVED
USMS HARRISBURG, PA
2016 JUN 22 PM 4:51