# LETTER of NOTICE

FILED
HARRISBURG, PA
SEP 07 2017

William Caldwell (acting United States District Judge,)

Greetings...

    i, man, timothy-andrew:young, am writing to inform you that i was once again "forced" to receive mail from you which i do not consent to. i, did not authorize any "motion" to be filed by anyone, and i certainly did not file any "motion" myself either, as your order suggests. i am also not the "Defendant TIMOTHY ANDREW YOUNG". i am a "man", a very alive man. Dead things cannot have "often-expressed" communications, as your order reflects your aware of. i notice the date of the "motion" is the same date of your "order", reflecting a very clear willful collusion between you and Heidi Freese to violate my right to a speedy trial once again, and i do not consent. i have noticed Heidi Freese as well, and am now moving forward with claims against both of you to other authorities in the hopes of obtaining the justice i am entitled to. You sir, as well as Mr. Bloom, and Heidi Freese, are well aware i am being seriously wronged without a crime as i have very clearly stated federal 3rd Circuit

Court of appeals caselaw, as well as just Supreme Court rulings proving my innocense in this controvercy. They also prove beyond any doubt, the deliberate, willful, and intentional Bad faith prosecution you are all colluding together to orchestrate, as you all know better than to be acting so unlawfully. The case being sealed also shows that none of you are willing to conduct ~~yourselves with any kind~~ of honor, dignity, or moral. Cover of darkness is for evil. It is written in the commandments of God, Thou shalt not bear false witness, and Thou shalt not lie, and Thou shalt not steal, yet all three of you have committed these acts. You sir, are most certainly not an honorable man. It is clear to me and others that all of you are violating american Constitutional law, State law, and most importantly, the very law all ~~others were based on throughout history,~~ our creators law. You have no authority to force any man to contract, nor can you order a man to do anything without fair and just compensation. Slavery was abolished in the 1860's. Its sad you harbour hatred for people who know the truth, and sadder yet that you've sold yourself to the commission of evil, and that you have an obvious hatred for

our nation's founding documents, our freedom, our rights, and the thousands of men and women throughout our nations history who went into battle to not only gain them, but to keep them. You dishonor them all. Clearly you have no concience, and no sense of right and wrong whatsoever. Your a disgrace to the honorable office you hold, and nothing more. eternity is a long time to regret the evil you work today, and i sincerely hope you change your wicked ways before it's to late to do so. i rely on just 3rd circuit, and Supreme Court rulings which are as follows, that unanimously prove my innocense.

Marbury v. Madison (1803) (still shown in the newest pocket Constitution President Trump was waving) The Constitution (at that time the organic, which is still in force) is the Supreme Law of the land. Any law in repugnance (conflict) is Null and Void of law.

Miller v. U.S. (1958) The claim and exercise of a Constitutionally protected right <u>cannot</u> be converted into a crime.

Clifton Myers v. U.S. (2002) it is Lawful under Pennsylvania State law for a felon to own and possess firearms in their home.

    Furthermore, Article IV section IV of the Constitution automatically cancels out any

allegiance to International law, (Internationalism) the Antithesis of Constitutional Americanism founded on Washington's "No foreign entanglements", and this is why it states within the District of Columbia Act of 1871, which created the government for the British owned since the end of the Civil war, ten square miles Abraham Lincoln gave to Brittain to pay the unpaid war debt owed to Brittain, that the laws of the District of Columbia have no authority, nor jurisdiction outside of the District of Columbia. If your intent is not to act upon your oath of office to uphold the american constitutions, and not to uphold already decided higher court rulings which clearly prove my innocense, then you lose your "sovereign immunity", and are impeachable. i am sending copies of this letter to proper authorities, along with other supporting documents, showing proof the Courts officials have already been notified of the err's, and seeking justice. i am returning your offers to contract, unaccepted. This controversy clearly should be discharged. You leave me no choice but to seek justice elsewhere.

21 August, 2017

All Rights and Protections Reserved, in Law.

James - C Smith                Timothy-andrew : young
witness            seal         autograph              seal

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:16-CR-00161 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| TIMOTHY YOUNG | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE**

I, Heidi R. Freese, Esquire, of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Daryl F. Bloom, Esquire, concurs in the foregoing Motion to Continue Jury Selection and Trial.

Respectfully submitted,

Date:  August 15, 2017

/s/ Heidi R. Freese
HEIDI R. FREESE, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA87668
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<heidi_freese@fd.org>
Attorney for Timothy Young

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:16-CR-00161 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| TIMOTHY YOUNG | : | (Electronically Filed) |

### ORDER

Before the Court is a motion filed by the defendant, Timothy Young, requesting that his jury selection and trial be continued. The defendant asserts his counsel will be in Washington D.C for work related travel on the trial date. Therefore, the Court concludes that the circumstances present indicate that a continuance of the trial date is warranted and that an extension of the trial date outweighs the interests of the public and defendant in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) Jury selection and trial in the captioned action is rescheduled from September 11, 2017, to _____, in Courtroom No. ____, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The Court specifically finds under 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

3) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this Order.

4) Pretrial Motions in this matter shall be due on or before:

_____.

BY THE COURT:

_____
WILLIAM W. CALDWELL
Judge, United States District Court

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:16-CR-161 |
| | : | |
| TIMOTHY ANDREW YOUNG, | : | |
| Defendant | : | |

*ORDER*

AND NOW, this 15th day of August, 2017, upon consideration of Defendant's unopposed motion to continue trial (Doc. 58), filed through counsel Heidi R. Freese, Esquire, and in light of Defendant's often-expressed position that he opposes further delay in his case, said motion is GRANTED in part. Jury selection in this matter is rescheduled from September 11, 2017, to Monday, September 25, 2017, at 9:30 a.m., Courtroom Number 1, Ninth Floor, United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania. Pretrial motions in this matter are due on or before <u>September 1, 2017</u>. **No further continuances will be granted in this case absent a showing of good cause.**

The Court specifically finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy *Trial Act and this order.*

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

RECEIVED
HARRISBURG
SEP 07 20

HARRISBURG PA 171
05 SEP 2017 PM

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

17108-0983

Dorothy Height
usa forever