UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:16-CR-161 |
| : | |
| TIMOTHY ANDREW YOUNG, : | (Judge Caldwell) |
| Defendant : | |

*O R D E R*

AND NOW, this 6th day of December, 2017, in accord with the accompanying memorandum, Defendant's motion (Doc. 70) to suppress evidence is DENIED. This case is rescheduled for trial, jury selection to begin on Monday, February 5, 2018, at 9:30 a.m. in Courtroom Number 1, Ninth Floor, United States Courthouse, 228 Walnut Street, Harrisburg Pennsylvania.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge