IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-cr-161** |
| **v.** | : | |
| **TIMOTHY ANDREW YOUNG** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that this court's July 20, 2017 order (Doc. 57) shall remain undisturbed, insofar as Defendant will not be permitted to represent himself and Attorney Heidi R. Freese shall continue to represent Defendant in this matter.

                                                           s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                           United States District Judge

Dated: April 19, 2018