IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:16-CR-161 |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY ANDREW YOUNG | : | |
| | : | Judge Sylvia H. Rambo |

## VERDICT FORM

### Count 1

1. With respect to the charge of possession of a firearm by a previously convicted felon on or about April 6, 2016, what is your verdict?

   Guilty __X__          Not Guilty _____

*Sign and date this form and return to the courtroom.*

**SO SAY WE ALL**, this __30th__ day of __April__, 2018.

_____

**Foreperson**

FILED
APR 30 2018
PER _____
HARRISBURG, PA   DEPUTY CLERK