IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:16-CR-00161 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| TIMOTHY YOUNG | : | (Electronically Filed) |

**CERTIFICATE OF NON-CONCURRENCE**

I, Heidi R. Freese, Esquire, of the Federal Public Defender's Office, do

hereby certify that Assistant United States Attorney Daryl F. Bloom, Esquire, does

not concur in the foregoing Motion for Dismissal of Indictment on Jurisdictional

Grounds.

Respectfully submitted,

Date:  May 14, 2018

*/s/ Heidi R. Freese*
HEIDI R. FREESE, ESQUIRE
Federal Public Defender
Attorney ID #PA87668
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<heidi_freese@fd.org>*
*Attorney for Timothy Young*