IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:16-CR-00161 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| TIMOTHY YOUNG | : | (Electronically Filed) |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the within Motion for Dismissal of Indictment on Jurisdictional Grounds, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**

BY THE COURT:

_____
Sylvia H. Rambo
Judge, United States District Court