IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-cr-161** |
| **v.** | : | |
| **TIMOTHY ANDREW YOUNG** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the Motion for Judgment of Acquittal (Doc. 115) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Dismissal of Indictment on Jurisdictional Grounds (Doc. 117) is **DENIED AS MOOT**.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: August 29, 2018