# NOTICE

Clerk of Court                    in regard to [No. 1:16-cr-161]

Greetings... i, man, timothy-andrew: young, one of the people, am writing to NOTICE you that i was caused to receive Court documents of a fraudulent nature from Federal Public Defender Heidi R. Freese. This attorney was served a NOTICE of termination via U.S. mail care of the United States Courts, and then again by certified mail to the Federal Public Defenders Office, care of James V. Wade. The returned signature receipt proves the second NOTICE was received 23 August, 2018. The envelope containing the above mentioned documents bears a postmark date of 4 September, 2018. The above mentioned documents, in part, appear to have been created by Frederick W. Ulrich, of the same mentioned office. i did not authorize said attorney to meddle, and do not agree with any documents, or actions made by him, nor do i agree to any of the Courts Orders on document 137 filed on 29 August, 2018. i require the above regarded case discharged, and it is hereby so ordered. The following Supreme Court rulings as well as the District of Columbia Act of 1871 show

quite clearly that the prosecuting attorney as well as the Court has erred by blatently ignoring law. No warrant was ever produced, and after investigation was found not to exist, and no Notice of acceptance of exclusive jurisdiction ever filed. Adams et al. v. U.S. 319 U.S. 312, 87 L.Ed 1421 (635.Ct.1122), supporting cases Bond v. U.S. 131 S.Ct. 2355, 564 U.S.2011, and Merriam v. U.S. 14179 N.Y. 49636 N.E 5056. Further, the mentioned 1871 Act prohibits the implementation of District of Columbia Code outside of the District of Columbia. Failure to comply with the mentioned requirement and order will result in a CLAIM being filed for damages, and formal charge of treason being filed for collusion.

All rights and protections reserved, in law.
5 September, 2018

timothy-andrew:
autograph

virginia-patricia:
witness

kelly-lynn:holland-bingaman
witness                    seal

timothy-andrew: young
c/o virginia-patricia: young
795 Knight Drive
Harrisburg, Pa. 17111-9998

RECEIVED
HARRISBURG, PA
SEP 12 2018
Per _____
Deputy Clerk

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7015 1520 0000 3707 7393

Clerk of Court
U.S. Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108-9998

RETURN RECEIPT REQUESTED

171080983 B011

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**$6.20**
R2304M113969-25