# CLAIM

FILED
HARRISBURG, PA
MAY 01 2019
PER _____
DEPUTY CLERK

1. On 22 June, 2016, TIMOTHY YOUNG, by indictment, was charged with being a felon in possession of firearms in violation of 18 U.S.C. 922(g)(1) and 924(a)(2).

2. i claim TIMOTHY YOUNG is dead.

3. i claim that i am the living man, timothy-andrew: young, and that i was assaulted, and taken by force from my castle due to the afore mentioned indictment, by men acting as foreign agents of the court, causing me severe damages.

4. i claim that the United States Government is a corporate business, and cannot lawfully meddle with living men, or their property.

5. i gave no man the right to meddle with my life, liberty, pursuit of happiness, or property.

6. i claim the codes the man (Daryl F. Bloom) acting as United States Attorney is using to attempt to prosecute a living man (me) who does not live within the District of Columbia, are District of Columbia Code.

7. i claim the District of Columbia Act of 1871 which created the government for the District of Columbia, also limits the District of Columbia's laws to the District of Columbia.

8. i claim the office of the United States Attorney is attached to the sixth seat of government [pursuant to title 4 sections 71, 72] and has no jurisdiction outside of the District of Columbia.

9. i claim the property seized from my castle was seized without right, permission, or warrant, and is being unlawfully held by agents of the United States, and Franklin County Pennsylvania Sheriffs Department.

10. i claim that the property seized from my castle are family heirlooms belonging to me and my heirs.

11. i claim that no man came into open court and claimed i have caused him harm.

12. i claim that no man came into open court to certify the charges and post bond.

13. i claim the property seized was in my castle, and not in or affecting commerce.

14. i claim that i am not subject to the District of Columbia, or the United States.

15. i claim that i did not have a jury of my peers, as the jury was ignorant of the fact that TIMOTHY YOUNG is not a living man, and wrongly rendered a verdict against a living man who committed no crime.

16. i claim i was imprisoned and deprived of life, liberty, the pursuit of happiness, and property for nearly three years due to the fraudulent and treasonous actions of the man, Daryl F. Bloom, and other actors of the United States who have caused the harm, and continue to hold me, and my heirs property without right, or permission.

17. i claim the United States Courts, and its actors are in clear err and dishonor for their actions to cause, and prolong the harm it has caused to myself, and my heirs.

18. i claim that statements by councel, wether in brief, or oral argument are not sufficient for summary judgement. (Supreme Court ruling Trinsey v. Pagliero 1964) The court, nor the jury should have relied on any statements by any counsel, but they did, causing even more harm, and an unjust verdict.

i require this case discharged, all of me and my heirs property that was seized restored to me immediately, and 150,000,000.00 dollars for my damages paid to me in full within ten days. Failure to honor my requirements will give cause to file claim against each United States actor involved in the egregious wrongdoing against me individually as men, and as actors, as well as notifying officials within D.C. of the blatant criminal actions of those men.

all rights and protections reserved, in law.
25 April, 2019

by my hand,
*timothy-andrew: young*
autograph                                seal

*virginia-patricia: young*
witness in agreement    seal

*jacqueline-eileen: banc___*
witness in agreement    seal

Backing Supreme Court case rulings

U.S. Supreme Court case: Bond v. U.S.
131 S.Ct. 2355, 564 U.S. 2011

U.S. Supreme Court case: Adams et al.
v. U.S. 319 U.S. 312, 87 L.Ed 1421
(63 S. Ct. 1122)

Trinsey v. Pagliero (1964)

Other Backing case ruling

New York Court of Appeals case
In re: Merriam v. U.S. 14179 N.Y.
49636 N.E. 5056 1894 N.Y.

Cover Sheet — ease of filing purposes only

UNITED STATES OF AMERICA : Criminal No. 1:16-CR-00161

V.

TIMOTHY YOUNG

FILED
HARRISBURG, PA

MAY 01 2019

PER _____
DEPUTY CLERK

timothy-andrew:young
c/o virginia-patricia:young
715 Knight Drive
Harrisburg, Pa. 17111-9998

7018 0040 0000 7577 6431

**USMS X-RAY**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108-9998

RECEIVED
HARRISBURG, PA
MAY 01 2019
PER ___
DEPUTY CLERK

RETURN RECEIPT REQUESTED